UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ERIC L. ELLIS | CIVIL ACTION NO.  22-0345 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COREY PINCKLEY ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections [doc. #67] and responses [doc. #68 and doc. #73] thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Fisher Nixon, Dewayne Levy, and John Doe's (collectively, the "Officer Defendants") Motion to Dismiss [doc. #43] is **GRANTED IN PART** and **DENIED IN PART**.[1]  To the extent that the Officer Defendants seek dismissal of Plaintiff Eric Ellis's ("Ellis") claims against them, their motion is **GRANTED** and Ellis's claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Capital One Auto Finance's ("COAF") Motion to Dismiss [doc. #54], is **GRANTED** and Ellis's claims against COAF are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 6th day of July, 2023.

_____
S. Maurice Hicks, Jr.
United States District Judge

---

[1] To the extent that the Officer Defendants seek dismissal without prejudice under the first-to-file rule, their motion is **DENIED**.